07cv6726
JUDGE ANDERSEN
MAG. JUDGE ASHMAN

JN

**FILED**
NOV 3 0 2007
nov 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **JOHN H. WILLIAMS**
(Please print)

STREET ADDRESS: **5701 N. SHERIDAN RD - UNIT 14R**

CITY/STATE/ZIP: **CHICAGO, IL 60660**

PHONE NUMBER: **773/275-8957**

CASE NUMBER: _____

_John H. Williams_          _11-30-07_
Signature                    Date